USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CARBERRY,

    Plaintiff,

v.

MACY'S EAST, INC. and FEDERATED RETAIL HOLDINGS, INC.,

    Defendants.

Civil Action No. 07 CIV 8691 (LAK)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the time for Defendants Macy's Retail Holdings, Inc. (incorrectly named in the caption "Federated Retail Holdings, Inc.") and its division Macy's East (formerly known as "Macy's East, Inc.") to answer, move against, or otherwise respond to the Amended Complaint be and hereby is extended to January 2, 2008.

Dated: November 26, 2007

LAW OFFICES OF ELIZABETH A. MASON, L.L.P.

/s/ Elizabeth A. Mason / LMR
ELIZABETH A. MASON
45 Rockefeller Plaza
New York City, NY 10111
(212) 332-7590

Attorneys for Plaintiff Florence Carberry

MORGAN, BROWN & JOY, LLP

/s/ Laura M. Raisty
Jaclyn L. Kugell (*pro hac vice* application pending)
Laura M. Raisty (LR 7965)
200 State Street
Boston, MA 02109
(617) 523-6666

Attorneys for Defendants Macy's Retail Holdings, Inc. and Macy's East

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
11/28/07