UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE CARBERRY,<br><br>        Plaintiff,<br><br>        v.<br><br>MACY'S EAST, INC. and FEDERATED RETAIL HOLDINGS, INC.,<br><br>        Defendants. | Civil Action No. 07 CIV 8691 (LAK)<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Defendants Macy's East, a division of Macy's Retail Holdings, Inc. (formerly known as "Macy's East, Inc.") and Macy's Retail Holdings, Inc. (formerly known as "Federated Retail Holdings, Inc."), states that Macy's Retail Holdings, Inc's parent company is Macy's, Inc. and that no publicly held corporation owns 10% or more of its stock.

Dated:  January 2, 2008

    Respectfully submitted,

    MACY'S RETAIL HOLDINGS, INC. and
    MACY'S EAST,

    By Their Attorneys,

        */s/ Laura M. Raisty*
    _____
    Jaclyn L. Kugell (*pro hac vice* motion *sub judice*)
    Laura M. Raisty (LR 7965)
    MORGAN, BROWN & JOY, LLP
    200 State Street
    Boston, MA  02109
    (617) 523-6666

## PROOF OF SERVICE

I hereby certify that on January 2, 2008, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Electronic Filing Procedures upon the following parties and participants:

Elizabeth A. Mason, Esq.
Law Offices of Elizabeth A. Mason, L.L.P.
45 Rockefeller Plaza
New York City, NY  10111

Counsel for Plaintiff

*/s/ Laura M. Raisty*
_____
Laura M. Raisty (LR 7965)
MORGAN BROWN & JOY, LLP
200 State Street
Boston, MA  02109
(617) 523-6666