UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE CARBERRY,<br><br>      Plaintiff,<br><br>v.<br><br>MACY'S EAST, INC. and FEDERATED RETAIL HOLDINGS, INC.,<br><br>      Defendants. | Civil Action No. 07 CIV 8691 (LAK)<br><br>**PROPOSED CONSENT SCHEDULING ORDER** |

Upon the consent of the parties, it is hereby ORDERED as follows:

1.    No additional parties may be joined after March 28, 2008.

2.    No amendments to the pleadings will be permitted after May 15, 2008.

3.    The parties shall required Rule 26(a)(2) disclosures with respect to:

        a.    Expert witnesses on or before August 1, 2008;

        b.    Rebuttal expert witnesses on or before September 30, 2008.

4.    All discovery, including any depositions of experts, shall be completed on or before November 15, 2008.

5.    A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before January 15, 2009.

6.    No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order.  The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7.    If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8.	Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions *in limine*.

9.	This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof.  Counsel should not assume that extensions will be granted as a matter of routine.

Dated:  January 10, 2008

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

| LAW OFFICES OF ELIZABETH A. MASON, L.L.P. | MORGAN, BROWN & JOY, LLP |
|---|---|
| */s/ Elizabeth A. Mason* | */s/ Laura M. Raisty* |
| ELIZABETH A. MASON<br>45 Rockefeller Plaza<br>New York City, NY  10111<br>(212) 332-7590 | Jaclyn L. Kugell (*pro hac vice* application *sub judice*)<br>Laura M. Raisty (LR 7965)<br>200 State Street<br>Boston, MA  02109<br>(617) 523-6666 |
| Attorneys for Plaintiff Florence Carberry | Attorneys for Defendants Macy's Retail Holdings, Inc. (formerly known as "Federated Retail Holdings, Inc.") and Macy's East (formerly known as "Macy's East, Inc.") |

2