RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CARBERRY,

Plaintiff,

v.

MACY'S EAST, INC. and FEDERATED
RETAIL HOLDINGS, INC.,

Defendants.

Civil Action No. 07 CIV 8691 (LAK)

**MOTION ON CONSENT TO ADMIT
JACLYN KUGELL *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern District of New York, I, LAURA M. RAISTY, a member in good standing

of the bar of this Court, and counsel for defendants Macy's East, a division of Macy's Retail

Holdings, Inc. (formerly known as "Macy's East, Inc."), and Macy's Retail Holdings, Inc.

(formerly known as "Federated Retail Holdings, Inc.) in the above-captioned action, hereby

moves for an Order allowing the admission *pro hac vice* of:

Jaclyn Kugell
Morgan, Brown & Joy, LLP
Boston, MA 02109
(617) 523-6666
(617) 367-3125 (fax)
jkugell@morganbrown.com

Jaclyn Kugell is a member in good standing of the Bar of the Commonwealth of

Massachusetts. There are no pending disciplinary proceedings against Jaclyn Kugell in any State

or Federal Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CARBERRY,

Plaintiff,

v.

MACY'S EAST, INC. and FEDERATED
RETAIL HOLDINGS, INC.,

Defendants.

Civil Action No. 07 CIV 8691 (LAK)

**AFFIDAVIT OF LAURA M. RAISTY IN
SUPPORT OF MOTION ON CONSENT
TO ADMIT JACLYN KUGELL *PRO HAC
VICE***

COMMONWEALTH OF MASSACHUSETTS    )
                                 )    ss:
COUNTY OF SUFFOLK                )

I, LAURA M. RAISTY, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Morgan, Brown, & Joy, LLP, counsel for defendants Macy's

East, a division of Macy's Retail Holdings, Inc. (formerly known as "Macy's East, Inc."), and

Macy's Retail Holdings, Inc. (formerly known as "Federated Retail Holdings, Inc."), collectively

referred to as "Defendants" herein, in the above-captioned action. I am familiar with the

proceedings in this case. I make this statement based on my personal knowledge of the facts set

forth herein and in support of Defendants' motion to admit Jaclyn Kugell as counsel *pro hac vice*

to represent Defendants in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was

admitted to practice law in New York on March 22, 1999. I am also a member in good standing

of the bar of the Commonwealth of Massachusetts, and was admitted to practice law in

Massachusetts on December 17, 1998. I am also admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Jaclyn Kugell since 2004.

4.    Ms. Kugell is a partner with Morgan, Brown, & Joy, LLP in Boston,

Massachusetts.  A copy of a Certificate of Good Standing issued to Ms. Kugell on December 26,

2007 by Commonwealth of Massachusetts is attached hereto as Exhibit A.

5.    I have found Ms. Kugell to be a skilled attorney and a person of integrity.  She is

experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move for the admission of Jaclyn Kugell, *pro hac*

*vice*.

7.    Counsel for Plaintiff, Elizabeth A. Mason, Esq., has consented to this application.

8.    I respectfully submit a proposed order granting the admission of Jaclyn Kugell,

*pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion on consent to admit Jaclyn

Kugell, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

Dated:  December 28, 2007
        Boston, MA

Respectfully submitted,

Laura M. Raisty (LR 7965)

Sworn to before me this
28   day of December 2007

Notary Public          Expires 2/19/10

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1992**, said Court being the highest Court of Record in said Commonwealth:

## Jaclyn Kugell

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **December** in the year of our Lord **two thousand and seven.**



MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## PROOF OF SERVICE

I hereby certify that on December 28, 2007, the foregoing document was served in

accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules,

and/or the Southern District's Electronic Filing Procedures upon the following parties and

participants:

Elizabeth A. Mason, Esq.
Law Offices of Elizabeth A. Mason, L.L.P.
45 Rockefeller Plaza
New York City, NY  10111

Counsel for Plaintiff

Laura M. Raisty (LR 7965)
MORGAN BROWN & JOY, LLP
200 State Street
Boston, MA  02109
(617) 523-6666

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CARBERRY,

        Plaintiff,

v.

MACY'S EAST, INC. and FEDERATED
RETAIL HOLDINGS, INC.,

        Defendants.

Civil Action No. 07 CIV 8691 (LAK)

**ORDER FOR ADMISSION *PRO HAC
VICE* OF JACLYN KUGELL ON
WRITTEN MOTION ON CONSENT**

Upon the motion of Laura M. Raisty of Morgan, Brown, & Joy, LLP, attorney for

defendants Macy's East, a division of Macy's Retail Holdings, Inc. (formerly known as "Macy's

East, Inc."), and Macy's Retail Holdings, Inc. (formerly known as "Federated Retail Holdings,

Inc.), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jaclyn Kugell
Morgan, Brown & Joy, LLP
Boston, MA  02109
(617) 523-6666
(617) 367-3125 (fax)
jkugell@morganbrown.com

is admitted to practice *pro hac vice* as counsel for defendants Macy's East, a division of Macy's

Retail Holdings, Inc. (formerly known as "Macy's East, Inc.") and Macy's Retail Holdings, Inc.

(formerly known as "Federated Retail Holdings, Inc.) in the above-captioned case in the United

States District Court for the Southern District of New York.  All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____
     New York, NY


                                       _____
                                         United States District Judge

2

## PROOF OF SERVICE

I hereby certify that on December 28, 2007, the foregoing document was served in

accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules,

and/or the Southern District's Electronic Filing Procedures upon the following parties and

participants:

Elizabeth A. Mason, Esq.
Law Offices of Elizabeth A. Mason, L.L.P.
45 Rockefeller Plaza
New York City, NY  10111

Counsel for Plaintiff

_Laura M. Raisty_

Laura M. Raisty (LR 7965)
MORGAN BROWN & JOY, LLP
200 State Street
Boston, MA  02109
(617) 523-6666