UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE CARBERRY,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S EAST, INC. and FEDERATED RETAIL HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 07 CIV 8691 (LAK)<br><br>**MEMO ENDORSED**<br><br>**MOTION ON CONSENT TO ADMIT JACLYN KUGELL *PRO HAC VICE*** |



Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, LAURA M. RAISTY, a member in good standing of the bar of this Court, and counsel for defendants Macy's East, a division of Macy's Retail Holdings, Inc. (formerly known as "Macy's East, Inc."), and Macy's Retail Holdings, Inc. (formerly known as "Federated Retail Holdings, Inc.) in the above-captioned action, hereby moves for an Order allowing the admission *pro hac vice* of:

Jaclyn Kugell
Morgan, Brown & Joy, LLP
Boston, MA  02109
(617) 523-6666
(617) 367-3125 (fax)
jkugell@morganbrown.com

Jaclyn Kugell is a member in good standing of the Bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against Jaclyn Kugell in any State or Federal Court.

**MEMO ENDORSED**

SO ORDERED
LEWIS A. KAPLAN, USDJ
1/15/08