UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CARBERRY,

    Plaintiff,

v.

MACY'S EAST, INC. and FEDERATED RETAIL HOLDINGS, INC.,

    Defendants.

Civil Action No. 07 CIV 8691 (LAK)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the time for Plaintiff Florence Carberry to respond to the Interrogatories and Requests for Documents and Things propounded by Defendants Macy's Retail Holdings, Inc. (incorrectly named in the caption "Federated Retail Holdings, Inc.") and its division Macy's East (formerly known as "Macy's East, Inc.") is extended to March 10, 2008, provided that: (1) Plaintiff's Initial Disclosures are served and faxed to Defendants' counsel no later than February 28, 2008, and (2) Plaintiff's deposition is adjourned from March 7, 2008 to a date no later than March 24, 2008.

Dated: February 21, 2008

LAW OFFICES OF ELIZABETH A. MASON, L.L.P.

_(signature)_

ELIZABETH A. MASON
45 Rockefeller Plaza
New York City, NY 10111
(212) 332-7590

Attorneys for Plaintiff Florence Carberry

MORGAN, BROWN & JOY, LLP

_(signature)_

Jaclyn L. Kugell (admitted *pro hac vice*)
Laura M. Raisty (LR 7965)
200 State Street
Boston, MA 02109
(617) 523-6666

Attorneys for Defendants Macy's Retail Holdings, Inc. and Macy's East

SO ORDERED.

_____
U.S.D.J.

Dated: February \_\_\_, 2008