AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Florence Carberry,
                Plaintiff,
v.
Macy's East, Inc., et al.,
                Defendants

**APPEARANCE**

Case Number: 07-CV-8691 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Macy's Retail Holdings, Inc. (incorrectly named in the caption as "Federated Retail Holdings, Inc.") and Macy's East (formerly known as "Macy's East, Inc.")

I certify that I am admitted to practice in this court. pro hac vice.

| | |
|---|---|
| 4/22/2008 | *(signature)* |
| Date | Signature |
| | Jaclyn L. Kugell      pro hac vice |
| | Print Name      Bar Number |
| | Morgan, Brown & Joy, LLP. 200 State Street |
| | Address |
| | Boston    MA    02109 |
| | City    State    Zip Code |
| | (617) 523-6666    (617) 367-3125 |
| | Phone Number    Fax Number |