

*Kaplan* (handwritten)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE CARBERRY, | No. 07-CV-8691 (LAK) (GWG) |
| Plaintiff, | Filed by ECF |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |
| MACY'S EAST, INC. and FEDERATED RETAIL HOLDINGS, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, Plaintiff Florence Carberry and Defendants Macy's East (formerly known as "Macy's East, Inc.") and Macy's Retail Holdings, Inc. (formerly known as "Federated Retail Holdings, Inc."), that the above-entitled action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), without attorney's fees or costs to any party, and waiving all rights of appeal.

Dated: June 6, 2008

PLAINTIFF FLORENCE CARBERRY

By her attorney,

Elizabeth A. Mason
LAW OFFICE OF ELIZABETH A. MASON, LLP
45 Rockefeller Plaza
New York City, NY 10111
(212) 332-7590

DEFENDANTS MACY'S EAST AND MACY'S RETAIL HOLDINGS, INC.

By their attorneys,

Jaclyn L. Kugell (admitted *pro hac vice*)
Laura M. Raisty (LR 7965)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109

*(signature)*
7/7/08

12